JOHN M. HUGHES' SONS COMPANY, Respondent, *v.* ELBERT C. SMITH et al., Defendants, and RENARD S. PADGETT, Appellant.

*Hughes' Sons Co.* v. *Smith*, 163 App. Div. 971, appeal dismissed. (Submitted February 21, 1916; decided February 29, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 1, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the grounds that the Appellate Division unanimously decided that the findings of fact were supported by the evidence and that no question of law was involved.

*William D. Gaillard* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.